No. 70. GIBSON v. FLORIDA LEGISLATIVE INVESTIGA-
TION COMMITTEE. Certiorari, 366 U. S. 917, to the Su-
preme Court of Florida. Argued December 5, 1961. This
case is restored to the calendar for reargument. *Robert
L. Carter* argued the cause for petitioner. With him on
the brief was *Frank D. Reeves. Mark R. Hawes* argued
the cause for respondent. With him on the brief was
*Erle B. Askew.*

No. 76. TOWNSEND v. SAIN, SHERIFF, ET AL. Cer-
tiorari, 365 U. S. 866, to the United States Court of
Appeals for the Seventh Circuit. Argued February 19,
1962. This case is restored to the calendar for reargu-
ment. *George N. Leighton* argued the cause and filed a
brief for the petitioner. *Edward J. Hladis* argued the
cause for respondents. With him on the briefs were
*Daniel P. Ward* and *Benjamin S. Adamowski.*

No. 90. MERCANTILE NATIONAL BANK AT DALLAS v.
LANGDEAU, RECEIVER; and
No. 91. REPUBLIC NATIONAL BANK OF DALLAS v.
LANGDEAU, RECEIVER. Appeals from the Supreme Court
of Texas. (Further consideration of the question of ju-
risdiction postponed to the hearing of the cases on the
merits, 368 U. S. 809.) Argued February 27–28, 1962.
These cases are restored to the calendar for reargument.
MR. JUSTICE CLARK took no part in the consideration or
decision of these cases. *Hubert D. Johnson* and *Neth L.
Leachman* argued the cause for appellants. *Marvin S.
Sloman* was with *Mr. Johnson* on the briefs for appellant
in No. 90. *Mr. Leachman* was on the briefs for appellant
in No. 91. *Quentin Keith* and *W. E. Cureton* argued
the cause for appellee. With them on the briefs was
*Cecil C. Rotsch.* Reported below: 161 Tex. 349, 341
S. W. 2d 161.